**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000701
19-FEB-2025
08:28 AM
Dkt. 21 OAWST**

NO. CAAP-24-0000701

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DAVID CITO-RODRIGUES, Plaintiff/Crossclaimant-Appellant, v.
VICTORIA WARD, LIMITED, Defendant/Third-Party Plaintiff/
Third-Party Counterclaim Defendant-Appellee, and
WARD COURT DEVELOPMENT COMPANY, Third-Party Defendant/
Third-Party Counterclaimant/Crossclaim Defendant-Appellee, and
JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5;
DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5, and
DOE GOVERNMENTAL AGENCIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000021)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of the Appeal of the Final Judgment in Favor of Victoria Ward, Limited, and Ward Court Development Company, Filed September 25, 2024, Filed October 24, 2024, filed February 14, 2025, by Plaintiff/Crossclaimant-Appellant David Cito-Rodrigues, the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by all

appearing parties.  Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, February 19, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge